**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| CITY OF PHILADELPHIA, | : | No. 423 EAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| | : | |
| RAYMOND PERFETTI, | : | |
| | : | |
| Petitioner | : | |
| | | |
| CITY OF PHILADELPHIA, | : | No. 424 EAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| RAYMOND PERFETTI, | : | |
| | : | |
| Petitioner | : | |
| | | |
| CITY OF PHILADELPHIA, | : | No. 425 EAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| RAYMOND PERFETTI, | : | |
| | : | |
| Petitioner | : | |
| | | |
| CITY OF PHILADELPHIA, | : | No. 426 EAL 2015 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |

RAYMOND PERFETTI,

              Petitioner

:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.